**United States District Court**
For the Northern District of California

1

2

3                   UNITED STATES DISTRICT COURT

4                  NORTHERN DISTRICT OF CALIFORNIA

5                          OAKLAND DIVISION

6

7    MICHAEL ANDREWS,

8              Plaintiff,                    No. C 06-7245 PJH (PR)

9        vs.                                 **ORDER OF DISMISSAL**

10   Officer GLANTZ, Officer
     HACHATHORN, Officer CAUGHEY,
11   Officer MACALVAIN; Lieutenant
     MARLOW; Sergeant RICH STEWART,
12   Officer OSEQUERRA, Sheriff
     COGHILL; Lieutenant C. GHOLDI;
13   COUNTY OF SONOMA; and DOES I-V,

14             Defendants.
                                        /
15

16        This is a civil rights case filed pro se by a state prisoner.  Mail that the clerk sent to

17   plaintiff at his last known address has been returned by the postoffice as undeliverable,

18   with a notation that he is no longer in custody.  Plaintiff has not provided  a current mailing

19   address.

20        More than sixty days have passed since the mail was returned.  This case is

21   **DISMISSED** without prejudice.  *See* Local R. 3-11(b).

22        **IT IS SO ORDERED.**

23   Dated: 2/2/10                    _____

24                                        PHYLLIS J. HAMILTON
                                     United States District Judge
25

26

27

28   P:\PRO-SE\PJH\CR.06\ANDREWS245.DSM-MAIL.wpd